```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION


BARBARA HALL,                        :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :   CIVIL ACTION 13-072-WS-M
                                     :
CAROLYN W. COLVIN,                   :
Commissioner of Social Security,     :
                                     :
    Defendant.                       :
```

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Commissioner be AFFIRMED and that this action be DISMISSED.

DONE this 10th day of October, 2013.


                                s/WILLIAM H. STEELE
                                CHIEF UNITED STATES DISTRICT JUDGE