```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

BARBARA HALL,                          :
                                       :
    Plaintiff,                         :
                                       :
vs.                                    :    CIVIL ACTION 13-072-WS-M
                                       :
CAROLYN W. COLVIN,                     :
Commissioner of Social Security,       :
                                       :
    Defendant.                         :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Barbara Hall.

DONE this 10th day of October, 2013.

                                         s/WILLIAM H. STEELE
                                         CHIEF UNITED STATES DISTRICT JUDGE